# EXHIBIT 1

US00D629472S

(12) **United States Design Patent** (10) Patent No.: **US D629,472 S**

Rhodes (45) Date of Patent: ✶✶ **Dec. 21, 2010**

(54) **OCTAGON SHAPED CROSS-FITNESS TRAINER**

(76) Inventor: **Ronald Frank Rhodes**, 21293 N. Sally Dr., Maricopa, AZ (US) 85238

(✶✶) Term: **14 Years**

(21) Appl. No.: **29/341,507**

(22) Filed: **Aug. 6, 2009**

(51) **LOC (9) Cl.** ................................................ **21-02**
(52) **U.S. Cl.** .................................... **D21/686**; D21/675
(58) **Field of Classification Search** ............... D21/662, D21/673–676, 686, 690–691; 482/38, 83–84, 482/87, 98–100, 104, 140–142, 148
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D204,397 | S | * | 4/1966 | Marcyan et al. ............ D21/675 |
| D262,813 | S | * | 1/1982 | Lambert et al. ............ D21/675 |
| 4,795,149 | A | * | 1/1989 | Pearson ........................ 482/98 |
| 5,092,590 | A | * | 3/1992 | Jones ......................... 482/100 |
| 5,184,992 | A | * | 2/1993 | Banks ........................ 482/104 |
| 5,221,243 | A | * | 6/1993 | Walker ........................ 482/83 |
| 5,360,383 | A | * | 11/1994 | Boren ......................... 482/10 |
| 7,699,756 | B2 | * | 4/2010 | Piane, Jr. ..................... 482/38 |

| | | | | |
|---|---|---|---|---|
| 7,713,179 | B2 | * | 5/2010 | Webber ...................... 482/104 |
| 2005/0070408 | A1 | * | 3/2005 | Fallacaro .................... 482/148 |
| 2007/0032357 | A1 | * | 2/2007 | Piane, Jr. ................... 482/142 |
| 2010/0227743 | A1 | * | 9/2010 | Jutte ........................... 482/87 |

* cited by examiner

*Primary Examiner*—Susan E Krakower
(74) *Attorney, Agent, or Firm*—QuickPatents, Inc.; Kevin Prince

(57) **CLAIM**

I claim the ornamental design for a octagon shaped cross-fitness trainer, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a octagon shaped cross-fitness trainer, showing my new design;

FIG. **2** is a rear perspective view thereof;

FIG. **3** is a front elevational view thereof

FIG. **4** is a rear elevational view thereof;

FIG. **5** is a left-side elevational view thereof;

FIG. **6** is a right-side elevational view thereof;

FIG. **7** is a top plan view thereof; and,

FIG. **8** is a bottom plan view thereof.

**1 Claim, 8 Drawing Sheets**



Case 2:13-cv-00472-SMM Document 1-1 Filed 03/06/13 Page 3 of 48



FIG. 1

Case 2:13-cv-00472-SMM Document 1-1 Filed 03/06/13 Page 4 of 48



FIG. 2

Case 2:13-cv-00472-SMM   Document 1-1   Filed 03/06/13   Page 5 of 48



FIG. 3



FIG. 4



FIG. 5

Case 2:13-cv-00472-SMM Document 1-1 Filed 03/06/13 Page 8 of 48



FIG. 6

Case 2:13-cv-00472-SMM   Document 1-1   Filed 03/06/13   Page 9 of 48



FIG. 7



FIG. 8

# EXHIBIT 2

## CT8 Fitness Training System



CT-8210
Medicine Ball Rebounder Training Module

CT-8220
Adjustable Step-up/Stretch Training Module

CT-8230
Battle Rope Training Module

CT-8240
Kettle Bell Training Module

CT-8250
Heavy Bag Training Module

Optional Stations and Accessories for CT8

CT-8310
Squat/Press Racking Station

CT-8330
Olympic Bar Landmine
(mounts to Upright Posts)

CT-8320
Multi-Strap Training Boom

CT-8350
70 lb Synthetic Leather Heavy Bag
(Attaches to CT-8250)

CT-8340
Dip Handles (Attaches to CT-8000)

CT-8000
Base Fitness Trainer for CT8

CT-8100
Expansion Fitness Trainer for CT8

TUFF STUFF FITNESS

































# EXHIBIT 3



# EXHIBIT 4







# EXHIBIT 5

# United States Patent Office

**Des. 204,397**
**Patented Apr. 12, 1966**

**204,397**

**PHYSICAL EXERCISING APPARATUS**

Walter Marcyan, Glendale, Calif. (1398 Sunset Blvd., Los Angeles, Calif.), and Stanley Marcyan, 25717 Loretta, Warren, Mich.

Filed July 20, 1965, Ser. No. 86,217

Term of patent 14 years

(Cl. D34—5)

Fig. 1.

Des  204,397





Des 204,397

PAGE 3



FIG. 3.

FIG. 1 is a perspective view of a physical exercising apparatus showing our new design;

FIG. 2 is a perspective view, taken from the left rear of FIG. 1; and

FIG. 3 is a top plan view taken on FIG. 2 after rotation of approximately 60 degrees in the counter-clockwise direction.

The dominant features of our new design reside in the portion shown in full lines.

We claim:

The ornamental design for a physical exercising apparatus, substantially as shown and described.

References Cited by the Examiner

UNITED STATES PATENTS

1,646,818   10/1927   Holland _____ 272—60
1,928,089   9/1933   Blickman _____ 272—60
2,932,509   4/1960   Zinkin.

EDWIN H. HUNTER, *Primary Examiner.*

MELVIN FEIFER, *Assistant Examiner.*

# United States Patent [19]

## Lambert, Jr. et al.

[11]  **Des. 262,813**

[45]  ** **Jan. 26, 1982**

[54] **CABLE CROSSOVER EXERCISE MACHINE**

[76] Inventors: **Lloyd J. Lambert, Jr.; Lloyd J. Lambert, Sr.,** both of 1538 College Ave., South Houston, Tex. 77587

[**] Term: **14 Years**

[21] Appl. No.: **100,178**

[22] Filed: **Dec. 4, 1979**

[51] **Int. Cl.** .................................................... **D21—02**
[52] **U.S. Cl.** ................................................. **D21/195**
[58] **Field of Search** ............................. D21/191–199; 272/125, 141, 142, 136, 133

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 204,397 | 4/1966 | Marcyan et al. | D21/195 |
| 2,932,509 | 4/1960 | Zinkin | D21/195 |
| 4,231,568 | 11/1980 | Riley et al. | 272/136 |

*Primary Examiner*—Charles A. Rademaker
*Attorney, Agent, or Firm*—Victor J. Evans & Co.

[57] **CLAIM**

The ornamental design for a cable crossover exercise machine, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a cable crossover exercise machine showing our new design; and,
FIG. **2** is a rear perspective view thereof.



U.S. Patent     Jan. 26, 1982     Sheet 1 of 2     Des. 262,813



FIG. 1



FIG. 2

# United States Patent [19]

## Brentham

[11] **Patent Number:** **Des. 321,024**

[45] **Date of Patent:** ** Oct. 22, 1991

[54] **MULTI-STATION PHYSICAL EXERCISER**

[76] Inventor: **Jerry D. Brentham,** P.O. Box 599, 2121 Industrial Park, Belton, Tex. 76513

[**] Term: **14 Years**

[21] Appl. No.: **370,585**

[22] Filed: **Jun. 23, 1989**

[52] **U.S. Cl.** ................................................ **D21/195**
[58] **Field of Search** .............................. D21/191–199; 273/93, 125, 130, 133, 134, 142, 143, 144

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D. 204,397 | 4/1966 | Marcyan | D21/195 |
| D. 242,732 | 12/1976 | Brentham . | |
| D. 255,136 | 5/1980 | Brentham . | |
| D. 260,542 | 9/1981 | Lambert | D21/195 |
| D. 263,978 | 4/1982 | Brentham . | |
| D. 284,297 | 6/1986 | Mahnke | D21/195 |
| 4,456,245 | 6/1984 | Baldwin | 272/143 |
| 4,900,018 | 2/1990 | Ish et al. | 272/143 |

*Primary Examiner*—Charles A. Rademaker
*Attorney, Agent, or Firm*—Crutsinger & Booth

[57] **CLAIM**

The ornamental design for multi-station physical exerciser, as shown and described.

**DESCRIPTION**

FIG. 1 is a top plan view of a multi-station physical exerciser showing my new design;
FIG. 2 is a front perspective view thereof;
FIG. 3 is a left side perspective view thereof;
FIG. 4 is a rear perspective view thereof;
FIG. 5 is another rear perspective view thereof; and,
FIG. 6 is another front perspective view thereof.



Case 2:13-cv-00472-SMM   Document 1-1   Filed 03/06/13   Page 43 of 48



FIG. 1

**U.S. Patent**          Oct. 22, 1991          Sheet 2 of 6          **Des. 321,024**



*FIG. 2*



*FIG. 3*

Case 2:13-cv-00472-SMM   Document 1-1   Filed 03/06/13   Page 46 of 48



*FIG. 4*

Case 2:13-cv-00472-SMM   Document 1-1   Filed 03/06/13   Page 47 of 48



*FIG. 5*

Case 2:13-cv-00472-SMM   Document 1-1   Filed 03/06/13   Page 48 of 48



*FIG. 6*